# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTOR BOTNARI,
                Appellant,

vs.

HAMID SHEIKHAI,
                Respondent.

No. 81336

**FILED**

NOV 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
Elizabeth A. Brown

By: _____

cc:    Hon. Thomas W. Gregory, District Judge
       David Wasick, Settlement Judge
       Hofland & Tomsheck
       Leventhal & Associates
       Willick Law Group
       Douglas County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-41824